IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

# APPEARANCE

| | |
|---|---|
| TOWN OF OGDEN DUNES, PORTER COUNTY, INDIANA, OGDEN DUNES HOME ASSOCIATION, INC., STEVEN COOMBS, SUSAN COOMBS, PETER BROWN, EMILY VOGT, JAMES SKISH, ZORA GROS, KRISTINA GROS, EDWARD MCGUNN, LORI MCGUNN, LOU GAGLIARDI, PATRICIA GAGLIARDI, RICHARD FERRO, GARY BABCOKE, PATTY BABCOKE, CHAD HASSINGER, DAVID TARPO, CHERYL TARPO, ANGELINE KOMENICH, TIM CLELAND, PAULETTE DITTRICH, EDWIN ROOKS, LOU ANN ROOKS, CYNTHIA MANOS, DONNA FINCH, JOHN MEYER, PETER MAVRELIS, ELIZ MAVRELIS, NANCY WALLS ARVAY, GEORGE TEELING, MARGE TEELING, BRUCE BOYER, PETER TININO, GWEN TININO, RODGER HOWELL, JAMES D. COMBS, VICTORIA L. COMBS, ALLAN HALLINE, PATTI PERRY, PAUL ARNOLD, JOANN ARNOLD, JOHN BAILEY, ERIC JENSEN, BETHANY JENSEN, HIMANSHU DOSHI, JOHN LAWICKI, MIKE MYKLEBY, DARLENE MYKLEBY NOEL FRIGO, MARIANN FRIGO, AND DOUGLAS GOLAN, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs | ) |
| v. | ) CAUSE NO.: |
| | ) |
| UNITED STATES OF AMERICA, DEPARTMENT OF INTERIOR, DAVID BERNHART, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF INTERIOR, NATIONAL PARK SERVICE, DAVID VELA, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF THE NATIONAL PARK SERVICE, PAUL LABOVITZ, PARK SUPERINTENDANT, INDIANA DUNES NATIONAL PARK IN HIS OFFICIAL CAPACITY, UNITED STATES ARMY CORP. OF ENGINEERS, LIEUTENANT GENERAL TODD T. SEMONITE, COMMANDING GENERAL OF THE U.S. ARMY CORPS OF ENGINEERS, IN HIS OFFICIAL CAPACITY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

To the Clerk of this court and all parties of record:

I, the below-signed, state that I have read the *Standards for Professional Conduct within the Seventh Federal Judicial Circuit* pursuant to N.D. Ind. L.R. 83.5(g) and appendix B-65-B-70 of this Court and will faithfully adhere to them. I declare under penalty for perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for Plaintiffs, TOWN OF OGDEN DUNES, PORTER COUNTY, INDIANA, OGDEN DUNES HOME ASSOCIATIONS, INC., STEVEN COOMBS, SUSAN COOMBS, PETER BROWN, EMILY VOGT, JAMES SKISH, ZORA GROS, KRISTINA GROS, EDWARD MCGUNN, LORI MCGUNN, LOU GAGLIARDI, PATRICIA GAGLIARDI, RICHARD FERRO, GARY BABCOKE, PATTY BABCOKE, CHAD HASSINGER, DAVID TARPO, CHERYL TARPO, ANGELINE KOMENICH, TIM CLELAND, PAULETTE DITTRICH, EDWIN ROOKS, LOU ANN ROOKS, CYNTHIA MANOS, DONNA FINCH, JOHN MEYER, PETER MAVRELIS, ELIZ MAVRELIS, NANCY WALLS ARVAY, GEORGE TEELING, MARGE TEELING, BRUCE BOYER, PETER TININO, GWEN TININO, RODGER HOWELL, JAMES D. COMBS, VICTORIA L. COMBS, ALLAN HALLINE, PATTI PERRY, PAUL ARNOLD, JOANN ARNOLD, JOHN BAILEY, ERIC JENSEN, AND BETHANY JENSEN, HIMANSHU DOSHI, JOHN LAWICKI, MIKE LYKLEBY, DARLENE MYKLEBY, NOEL FRIGO AND MARIANN FRIGO.

Dated: January 24, 2020

Respectfully submitted,

WOODWARD LAW OFFICES, LLP

By: /s/ R. Brian Woodward
     R. Brian Woodward, #2303-45

By: /s/ David E. Woodward
     David E. Woodward, #15299-45
     Woodward Law Offices, LLP
     200 E. 90th Drive
     Merrillville, Indiana 46410
     Phone: (219) 736-9990
     Email: rbwoodward@wbbklaw.com
            dwoodward@wbbklaw.com

## CERTIFICATE OF SERVICE

  I certify that on January 24, 2020, a true and complete copy of the above and foregoing pleading or paper was made upon each of the parties and/or attorneys of record herein by CM/ECF.

              /s/ R. Brian Woodward
              R. Brian Woodward, #2303-45

N:\cberwanger\Litigation\Ogden Dunes\Appearance-Federal.DOC