UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TOWN OF OGDEN DUNES, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA DEPARTMENT OF INTERIOR, *et al.*,<br><br>    Defendants. | CAUSE NO.: 2:20-CV-34-TLS-JEM |

**ORDER**

This matter is before the Court sua sponte. The Plaintiffs initially filed a Complaint [ECF No. 1] on January 24, 2020. The Plaintiffs' Complaint requests a permanent and a preliminary injunction against the Defendants, as well as a temporary restraining order. Compl. ¶ 75.

However, Northern District of Indiana Local Rule 65-1 requires that a plaintiff file a separate motion to seek a preliminary injunction. N.D. Ind. L.R. 65-1(a). Likewise, a court will consider a request for a temporary restraining order only if the moving party has filed a separate motion for relief, filed a supporting brief, and complies with Federal Rule of Civil Procedure 65(b). N.D. Ind. L.R. 65-1(b). Plaintiffs have not yet filed any such separate motions.

Accordingly, the Court DENIES without prejudice the requests in the Plaintiffs' Complaint for a preliminary injunction and a temporary restraining order. The Court GRANTS the Plaintiffs leave to refile the requests for a preliminary injunction and a temporary restraining order in compliance with Northern District of Indiana Local Rule 65-1 and Federal Rule of Civil Procedure 65.

SO ORDERED on January 28, 2020.

                                                          s/ Theresa L. Springmann
                                                          CHIEF JUDGE THERESA L. SPRINGMANN
                                                          UNITED STATES DISTRICT COURT