# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| TOWN OF OGDEN DUNES, et. al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO.:  2:20-CV-34 |
| ) | |
| UNITED STATES OF AMERICA, et. al. ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' PROOF OF SERVICE

Comes now Plaintiffs, by counsel, R. Brian Woodward of Woodward Law Offices, LLP, and states that Summons and Complaints were hand delivered on February 4, 2020 to the following Defendants in care of the United States Attorney for the Northern District of Indiana in accordance with Fed. R. Civ. P. 4(i)(1)(A)(i) as follows:

UNITED STATES ARMY CORP. OF ENGINEERS
c/o U.S. Attorney's Office - Northern District
5500 Federal Plaza
Hammond, Indiana  46320

DAVID BERNHART, IN HIS OFFICIAL CAPACITY AS
SECRETARY OF THE DEPARTMENT OF INTERIOR
c/o U.S. Attorney's Office - Northern District
5500 Federal Plaza
Hammond, Indiana  46320

DAVID VELA, IN HIS OFFICIAL CAPACITY AS ACTING
DIRECTOR OF THE NATIONAL PARK SERVICE
c/o U.S. Attorney's Office - Northern District
5500 Federal Plaza
Hammond, Indiana 46320

PAUL LABOVITZ, PARK SUPERINTENDANT
INDIANA DUNES NATIONAL PARK IN HIS OFFICIAL CAPACITY
c/o U.S. Attorney's Office - Northern District
5500 Federal Plaza
Hammond, Indiana 46320

LIEUTENANT GENERAL TODD T. SEMONITE
COMMANDING GENERAL OF THE U.S. ARMY
CORPS OF ENGINEERS, IN HIS OFFICIAL CAPACITY
c/o U.S. Attorney's Office - Northern District
5500 Federal Plaza
Hammond, Indiana 46320

NATIONAL PARK SERVICE
c/o U.S. Attorney's Office - Northern District
5500 Federal Plaza
Hammond, Indiana 46320

UNITED STATES OF AMERICA, DEPARTMENT OF INTERIOR
c/o U.S. Attorney's Office - Northern District
5500 Federal Plaza
Hammond, Indiana 46320

    Respectfully submitted,

    TOWN OF OGDEN DUNES, ET AL.

    By: /s/ R. Brian Woodward
        R. Brian Woodward, #2303-45
        Woodward Law Offices, LLP
        200 E. 90th Drive
        Merrillville, Indiana 46410
        Phone: (219) 736-9990
        Email: rbwoodward@wbbklaw.com

## CERTIFICATE OF SERVICE

      I certify that on March 18, 2020, a true and complete copy of the above and foregoing pleading or paper was made upon each of the parties and/or attorneys of record herein by CM/ECF.

                                                 /s/ R. Brian Woodward
                                                 R. Brian Woodward, #2303-45