UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TOWN OF OGDEN DUNES, et. al. | ) |
|     Plaintiffs, | ) |
|   vs. | ) CASE NO.: 2:20-CV-34 |
| UNITED STATES OF AMERICA, et. al. | ) |
|     Defendants. | ) |

## PLAINTIFFS' PROOF OF SERVICE

Comes now Plaintiffs, by counsel, R. Brian Woodward of Woodward Law Offices, LLP, and files their Proof of Service of Complaint as evidenced by certified mail return receipt green card attached hereto and marked as Exhibit "A" upon:

    Assistant Attorney for General Administration
    U.S. Department of Justice
    Justice Management Division
    950 Pennsylvania Avenue NW
    Room 1111
    Washington, DC 20530

                  Respectfully submitted,

                  TOWN OF OGDEN DUNES, ET AL.

                  By: /s/ R. Brian Woodward
                      R. Brian Woodward, #2303-45
                      Woodward Law Offices, LLP
                      200 E. 90th Drive
                      Merrillville, Indiana 46410
                      Phone: (219) 736-9990
                      Email: rbwoodward@wbbklaw.com

## CERTIFICATE OF SERVICE

      I certify that on March 18, 2020, a true and complete copy of the above and foregoing pleading or paper was made upon each of the parties and/or attorneys of record herein by CM/ECF.

                                        /s/ R. Brian Woodward
                                        R. Brian Woodward, #2303-45